# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00451-CV

**Andrea R. Biller, Appellant**

**v.**

**NNN 1 & 2 Met Center 1, LLC; NNN 1 & 2 Met Center 2, LLC;
NNN 1 & 2 Met Center 3, LLC; NNN 1 & 2 Met Center 4, LLC;
NNN 1 & 2 Met Center 5, LLC; NNN 1 & 2 Met Center 7, LLC;
NNN 1 & 2 Met Center 10, LLC; NNN 1 & 2 Met Center 11, LLC;
NNN 1 & 2 Met Center 12, LLC; NNN 1 & 2 Met Center 13, LLC;
NNN 1 & 2 Met Center 17, LLC; NNN 1 & 2 Met Center 18, LLC;
NNN 1 & 2 Met Center 19, LLC; NNN 1 & 2 Met Center 20, LLC;
NNN 1 & 2 Met Center 21, LLC; NNN 1 & 2 Met Center 22, LLC;
NNN 1 & 2 Met Center 23, LLC; and Lexington Insurance Company, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT
### NO. D-1-GN-12-002595, HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

This appeal was abated to permit the parties to pursue settlement negotiations. Appellant Andrea R. Biller has now filed an unopposed motion to dismiss informing the Court that the parties have reached a settlement and she no longer wishes to pursue this appeal. We reinstate the appeal, grant the motion, and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Pemberton and Field

Dismissed on Appellant's Motion

Filed: November 21, 2014